**UNITED STATES BANKRUPTCY COURT**              **VOLUNTARY PETITION**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**                            Case No.

Name of Debtor:                                 Name of Debtor:
**BILLIE JEAN AMMONS**

All other names used by Debtor in the past six years:     All other names used by Joint Debtor in the past six
                                                          years:

Social Security / Tax ID No.:                   Social Security / Tax ID No.:
XXX-XX-5888

Street Address of Debtor:                       Street Address of Joint Debtor:
8411 S. Racine Avenue
Chicago, Illinois  60620

County of Residence or Principal Place of Business     County of Residence or Place of Business
Cook
Mailing Address of Debtor or of Joint Debtor (if different from street address)

_____

Location of Principal Assets of Debtor
Cook County, Illinois

## Information regarding Debtor(s) (Check applicable spaces)

**Venue**
X          Debtor has been domiciled or had a residence or principal place of business in this District for 180 days
preceding the date of this Petition.

**Type of Debtor**                              **Chapter of Bankruptcy Code of Filing**
X___    Individual                              __   Chapter 7          ___  Chapter 11
____    Corporation                             X___  Chapter 13        ___  Chapter 12

**Nature of Debt**                              **Filing Fee**
X___    Consumer / Non-business                 X___     Full filing fee attached

**Statistical or Administrative Information (Estimates Only)**
_____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X____     Debtor estimates that, after exempt property is excluded and administrative expenses paid, there  will be no
          funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X___     1 – 15         _____     16 – 49           _____     50 or more

**Estimated Assets**
X___     $0 – $100,000          _____     $100,001 or greater

**Estimated Debts**
X___     $0 – $100,000          _____     $100,001 or greater

**VOLUNTARY PETITION**          Name of Debtor(s):
                              **BILLIE JEAN AMMONS**

**Prior Bankruptcy Case filed within the last six (6) years (if more than one attach additional sheet)**

Location of Filing:        Case Number:        Date of Filing:

United States District Court    03-31979        08/01/2003

Northern District of Illinois

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**

Location of Filing:        Case Number:        Date of Filing:

## SIGNATURES

**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**

I declare under penalty of perjury that the information provided in the Petition is true and correct.  [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_ BILLIE JEAN AMMONS_____

Signature of Debtor BILLIE JEAN AMMONS




_____

Date September 29, 2007


**SIGNATURE OF ATTORNEY FOR DEBTOR**

_____/s/_Michael J. Greco_____

Michael J. Greco, Attorney for Debtor(s)

Michael J. Greco, Attorney for Debtor(s)

70 W. Hubbard Street

Suite 302

Chicago, Illinois  60610

(312) 222-0599

Atty. No. 06201254

Date:  September  29, 2007


Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to him / them the relief available to him / them under each Chapter.

Respectfully submitted,

By:_____/s/_Michael J. Greco ___

          Michael J. Greco, Attorney for Debtor(s)

Date:  September 29, 2007

**In re:  BILLIE JEAN AMMONS,   Debtors          Case No.**

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

_____ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Account No.  225730 Flatiron Credit PO Box 27802 Newark, NJ  07101-7802 | | 2006 automobile Property purchased 2006 Value:  $20,000.00 | $20,000.00 | |

|  | TOTAL | $20,000.00 |
|---|---|---|

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors          Case No.**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

_X_   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.   11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen.  .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals.  .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.   11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.   11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority |
|---|---|---|---|---|---|

TOTAL          $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,   Debtors        Case No.**

**SCHEDULE F  --  Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct No.  500000996271<br>HSBC Bank USA, NA<br>PO Box 2013<br>Buffalo, NY  14240 | | Revolving Credit line | | $1,244.00 |
| Acct No.  617-01244<br>Universal Lenders<br>5548 W. Fullerton Ave.<br>Chicago, IL  60639 | | Revolving Credit line | | $1,481.45 |
| Acct No.  1386144<br>Cash Call<br>PO Box 66007<br>Anaheim, CA  92816 | | Revolving Credit line | | $5,000.00 |
| Acct No.<br>The Loan Machine<br>1909 W. 87th<br>Chicago, IL  60620 | | Revolving Credit line | | $1,252.94 |
| Acct No.  0000681477<br>Nationwide Loans L.P.<br>3435 N. Cicero Avenue<br>Chicago, IL  60620 | | Revolving Credit line | | $1,400.00 |
| Acct No.  G-6649652<br>ER Solutions, Inc. (WaMu)<br>PO Box 9004<br>Renton, WA  98057-9004 | | Revolving Credit line | | $377.81 |
| Acct No.  528038896<br>Medical Recovery Specialists, Inc.<br>2250 E. Devon Ave.  #352<br>Des Plaines, IL  60018-5419 | | Medical Expenses | | $473.00 |
| Acct No.  79136<br>ACME Continental Credit Union<br>13601 S. Perry Ave<br>Riverdale, IL  60827 | | Revolving Credit line | | $4,000.00 |

__1__ continuation sheet[s] attached

Acct No.  3830790                Revolving Credit line                $1,329.14
HCN Processing
3435 N. Cicero Avenue
Chicago, IL    60620

Acct No.                         Revolving Credit line                $400.00
La Salle Bank
135 S. La Salle Street
Chicago, IL    60603

Acct No.  809547                 Internet Service                     $118.79
AOL
3435 N. Cicero Avenue
Chicago, IL    60620

Acct No.  528038896              Medical Expenses                     $473.00
Christ Hospital
4600 W. 95th St.
Oak Lawn, IL    60401

TOTAL        $17,550.13

__0__ continuation sheet[s] attached          (Report also on Summary of Schedules)

**In re:  BILLIE JEAN AMMONS,  Debtors        Case No.**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of five sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        10/10/2007

Signature (electronic):_____/S/_____

BILLIE JEAN AMMONS