IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ammons, Billie J

Printed: 12/28/07

Case Number: 07 B 18687
Judge: Wedoff, Eugene R
Filed: 10/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 2. | ER Solutions | Unsecured | 0.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 4. | Universal Lenders Inc | Unsecured | 0.00 | 0.00 |
| 5. | Flatiron Credit | Secured |  | No Claim Filed |
| 6. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 7. | Loan Machine | Unsecured |  | No Claim Filed |
| 8. | AOL | Unsecured |  | No Claim Filed |
| 9. | MRSI | Unsecured |  | No Claim Filed |
| 10. | HCN Processing | Unsecured |  | No Claim Filed |
| 11. | Acme Continental Credit Union | Unsecured |  | No Claim Filed |
| 12. | Christ Hospital | Unsecured |  | No Claim Filed |
| 13. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 15. | Cash Call | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ammons, Billie J | Case Number:  07 B 18687 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  10/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

